UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :

    v.                              :    Crim. No. 12-768 (WHW)

RANDY ANDREW                    :    <u>ORDER FOR CONTINUANCE</u>


This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Adam N. Subervi, Assistant U.S. Attorney, appearing), and defendant Randy Andrew (Paul Casteleiro, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter to conduct discovery, prepare/litigate pretrial motions, and prepare for trial, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties request additional time to engage in plea negotiations, review discovery, perform research/prepare motions relating to the indictment, and prepare for trial;

(2) Taking into account the exercise of diligence, therefore, the facts of this case require that the parties be permitted a reasonable amount of additional time for effective preparation in this matter;

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 5th day of December, 2012, ORDERED that this action be, and hereby is, continued until March 12, 2013;

and it is further ORDERED that:

(1) Pretrial Motions are to be filed no later than January 7, 2013;

(2) Opposition to motions are to be filed no later than February 4, 2013;

(3) Motions Hearing Date shall be March 11, 2013; and

(4) Trial in this matter shall commence March 12, 2013 at 9:30 a.m.;

The period from December 5, 2012 through and including March 12, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. WILLIAM H. WALLS
United States District Judge

12/19/2012

Form and entry
consented to:

_____
ADAM N. SUBERVI
Assistant U.S. Attorney

_____
PAUL CASTELEIRO
Counsel for defendant Randy Andrew