UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :

v.                          :    Crim. No. 12-768 (WHW)

RANDY ANDREW                :    TRIAL CONTINUANCE ORDER

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Adam N. Subervi, Assistant U.S. Attorney, appearing), and defendant Randy Andrew (Paul Casteleiro, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter in order to permit defense counsel time to research additional issues in advance of trial as stated on the record on May 7, 2013, and prepare for trial in this matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Defense counsel has requested additional time to research additional issues in advance of trial as stated on the record on May 7, 2013, and prepare for trial in this matter;

(2) Taking into account the exercise of diligence, therefore, the facts of this case require that the parties be permitted a reasonable amount of additional time for effective preparation in this matter;

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 20th day of May, 2013, ORDERED that this action be, and hereby is, continued until September 10, 2013;

and it is further ORDERED that:

(2) Trial in this matter shall commence September 10, 2013 at 9:30 a.m.;

The period from May 10, 2013 through and including September 10, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. WILLIAM H. WALLS
United States District Judge

Form and entry
consented to:

_____
ADAM N. SUBERVI
Assistant U.S. Attorney

_____
PAUL CASTELEIRO
Counsel for defendant Randy Andrew